AO 470 (8/85) Order of Temporary Detention
_____

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**            ORDER OF TEMPORARY DETENTION
                                        PENDING HEARING PURSUANT TO
                                        BAIL REFORM ACT

      V.

                                                                   CASE NO. 1:20-MJ-106

_____Marcus Bland_____

      Upon motion of the United States Government, it is hereby ORDERED that a detention hearing is set for ___4/3/20_____at___2:00 pm_____ before the Honorable __Theresa Carroll Buchanan__ in VTC (Courtroom 401) at 401 Courthouse Square, Alexandria, Virginia.

      Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                                                                          _____

Date: 4/1/20                                                   Theresa Carroll Buchanan
                                                          United States Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing maybe continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
     A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.